UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BILL L. HIGDON,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. 08-cv-776-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the final decision of the Commissioner of Social Security to deny plaintiff Bill L. Higdon's applications for disability benefits and supplemental security income is affirmed.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**By:s/Deborah Agans, Deputy Clerk**

Date: May 14, 2010

Approved:   s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**